# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN EDWARD CANO,
                     Appellant,

vs.

THE STATE OF NEVADA; AND JAMES
DZURENDA, DIRECTOR,
                     Respondents.

No. 75702

**FILED**

MAY 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on April 23, 2018. Thus, the notice of appeal is premature. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

                                _____, J.
                                  Pickering

_____, J.                    _____, J.
Gibbons                                       Hardesty

---

[1]Appellant's application to proceed on appeal in forma pauperis, filed May 11, 2018, is denied as moot.

18-19285

cc: Hon. Linda Marie Bell, District Judge
Steven Edward Cano
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk